MEMORANDUM OPINION


 No. 04-07-00182-CV



IN RE MARCOS GONZALEZ AND ELVIRA CASTANO



Original Mandamus Proceeding (1)


 

PER CURIAM


Sitting: Karen Angelini, Justice

 Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice

 

Delivered and Filed: March 28, 2007 


PETITION FOR WRIT OF MANDAMUS DENIED

 

 On March 16, 2007, relators filed a petition for writ of mandamus and a motion for
emergency relief. The court has considered relators' petition and motion, and is of the opinion that
relators are not entitled to the relief sought. See Tex. R. App. P. 26.1(c), 30 (restricted appeal). 
Accordingly, relators' petition for writ of mandamus and motion for emergency relief are denied. 
See Tex. R. App. P. 52.7(a), 52.8(a). Relators shall pay all costs incurred in this proceeding.


 PER CURIAM


 
1. This original proceeding arises out of Cause No. 22110, styled Foremost County Mutual Insurance Co. v.
Elvira G. Castano, M. "Marc" Gonzalez, and Wurzbach Interests, Inc., pending in the 63rd Judicial District Court,
Val Verde County, Texas, the Honorable Thomas F. Lee presiding.